```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

ANTHONY G. BROWN #A-72335,      )
                                )
            Plaintiff,          )
                                )
    v.                          )    No.  11 C 1717
                                )
MARCUS HARDY, WARDEN,           )
                                )
            Defendant.          )
```

## MEMORANDUM ORDER

Anthony Brown ("Brown") has filed a bulky self-prepared 42 U.S.C. §1983 Complaint against Stateville Correctional Center Warden Marcus Hardy, complaining of just about everything at Stateville. Brown has accompanied his Complaint with two other Clerk's-Office-provided forms: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion"). This memorandum order is issued sua sponte to address flaws in those last two forms.

As for the Application, it does not cover the entire six-month period prescribed by 28 U.S.C. §1915(a)(2)(in this instance probably September 7, 2010 through March 6, 2011[1], so that this Court cannot make the calculation called for by 28 U.S.C. §1915(b)(1). Accordingly this action cannot go forward until Brown provides the necessary information (and if he does not do so on or before April 1, 2011, both the Complaint and this action

---

[1] Those dates are concededly estimates, based on Brown's March 6 dating of the Motion and a best guess as to application of the "mailbox rule."

will be dismissed without prejudice).

As for the Motion, our Court of Appeals teaches that any plaintiff who wishes to obtain the services of a pro bono lawyer must make an affirmative showing of unsuccessful efforts to obtain counsel on his or her own. It will not do to say simply (as Brown has) that he lacks funds. Accordingly the Motion is denied, and for the present Brown will have to go it alone.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 15, 2011